**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: Prasad (Last) Kevin (First) B (Middle)

Prisoner Number: 1222492

Institutional Address: 1300 Maple St Redwood City, CA 94063

FILED
May 06 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Kevin B Prasad
*(Enter your full name.)*

vs.

County of San Mateo, Carlos G Bolanos, Mark C. Robbins, John W. Munsey, Alma Zamora, Kristina Bell,
*(Enter the full name(s) of the defendant(s) in this action.)*
John Kovach, Richard Cheechov, Does 1

Case No. 4:22-cv-02720-JST
*(Leave blank; to be provided by Clerk of Court)*

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*Note: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement Maple Street Correctional Facility

B. Is there a grievance procedure in this institution? YES ☒ NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☒ NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: No appeal number provided. 11 Oct 2021. Response was that they were not feeding me any Pork products.

2. First formal level: No appeal number Provided. 19 Oct 2021 Lieutenant reviewed and asked the kitchen manager and kitchen manager stated that they were not providing me with pork.

3. Second formal level:

4. Third formal level:

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☒ NO☐

F. If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

Kevin B Prasad #1222492
1300 Maple St
Redwood City, CA 94063

B. For each defendant, provide full name, official position and place of employment.

County of San Mateo, Carlos G. Bolanos Sheriff, Mark C. Robbins Undersheriff, John W. Munsey Assistant Sheriff, Alma Zamora Captain Facility Commander ~~[illegible]~~ MacGuire Correctional Facility, Kristina Bell Captain Facility Commander Maple Street Correctional Center John Kovach Administrative Lieutenant, Richard Chlechov Administrative Lieutenant, Does 1 Kitchen Manager 400 County Center Redwood City, CA 94063

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On 26 April 2018 Plaintiff was Confined in McGuire Correctional Facility (MCF). Upon being provided with food Plaintiff inquired as to the ingredients of the food. The Housing Unit Deputy explained that he did not know and that he needed to talk to Service League to be put into a religious diet. Sometime around June 2018 Plaintiff was moved to Maple Street Correctional Center (MSCC). Defendants Menu (Exhibit A) every Meat was replaced with a vegetarian patty of some kind. A former inmate kitchen worker told Plaintiff that the white gravy had beef. Just to be sure Plaintiff sent a medical request to ask for an ingredients list (Exhibit B).

(Continued on back)

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Plaintiff respectfully request a preliminary injunction relief order stating that Plaintiff has the right to see the Nutrition and ingredients label upon request, Appointment of Counsel 28 U.S.C. 1915(e)(1), Compensatory damages in the amount of $4000 per occurance upon Defendants, Punitive damages in the amount of $4000 per occurance upon Defendants, Jury trial on all issues triable, and any other assessment this court may deem proper

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Signed this 7 day of Feburary, 2022

[signature]
(Plaintiff's signature)

*Please continue to the next page.*

Medical staff responded back by giving Plaintiff The nutrition Label and ingredients label (Exhibit C). In the ingredients label, it says "Made with real buttermilk, butter and pork sausage flavors,..." and in the ingredients list "..., Natural Flavors [..."

Plaintiff then sent another medical request form asking for the ingredients list (Exhibit D). Medical returned the form stating that they will not give Plaintiff Nutrition and ingredients label for all the food Served to Plaintiff. Plaintiff then sent in a Religious Diet Request form (Exhibit E) and Defendants responded accordingly.

Sometime January 2021, Defendants changed the food menu (Exhibit F). When Plaintiff knew that Defendants were refusing to acknowledge the issue, Plaintiff filed a Grievance in accordance with Defendants Grievance Policy (Exhibit G). Unsatisfied with the Defendants response, Plaintiff filed a Second level grievance in accordance with the Defendants policy (Exhibit H). Upon finding out that Pork Sausage had been and has continued to be served to Plaintiff, Plaintiff had to start denying the food containing the white Gravy.

A year later, with the issue still unresolved, Plaintiff, filed another Grievance (Exhibit I). Again, unsatisfied with the response, Plaintiff filed another Second Level Grievance (Exhibit J). Defendant, Lieutenant Cheechov, responded (Exhibit K), stating that Pork was not being

Served to Plaintiff based on a conversation with Defendant, Does-1.

Plaintiff then notified Defendant, County of San Mateo. Defendant, County of San Mateo, responded that the time requirements were not satisfied (Exhibit L). In Exhibit M, it shows an example which shows clearly that "Beef fat" is in the product. In Exhibit N it shows an example which shows clearly that "Lobster and Shrimp flavors" is in the product.

Exhibit O, P, Q, R all contains red marks. Each mark represents an instance where Defendants Served Plaintiff the White Gravy.

Defendant, County of San Mateo, then responded to Plaintiff (Exhibit S) stating that it was rejected.

Defendant, County of San Mateo, then responded to Plaintiff (Exhibit T) stating that the claim was fully rejected.

Plaintiff is a life long follower of Hinduism. While there are many different versions of Hinduism, the Sect Plaintiff belongs to states that the followers Cannot Consume Beef, and, Pork. Defendants have been serving and continue to serve Plaintiff with food containing Pork. Defendants continue to refuse to give Plaintiff a Nutrition and ingredients Label so that Plaintiff can ensure he is not consuming Pork. Also Plaintiff's digestive system becomes disturbed due to Defendants serving Plaintiff Pork.

# Exhibit A

| | Breakfast | lunch | Dinner | | Breakfast | lunch | Dinner |
|---|---|---|---|---|---|---|---|
| SUN | Cherrios 2 hard boiled eggs | Mystory Meat | Chicken Patty Mash Potatoes Gravy | SUN | Cherrios 2 hard boiled eggs | Peanut Butter Jelly | Turkey with Gravy Rice |
| MON | Raisin Bran 1 hard boiled egg Fruit | Peanut Butter Jelly | White lentils | MON | Cinnamon Toast 1 hard boiled egg | Mystory Meat | Brown lentils |
| TUE | 2 Pancakes 2 Sausage links | Mystory Meat | Pasta Meatballs Gravy | TUE | French toast 2 Sausage links | Peanut Butter Jelly | Hot Dog Rice Beans |
| WED | Oatmeal with 2 Sausage links | Peanut Butter Jelly | Burrito Rice Beans | WED | Oatmeal 2 Sausage links | Mystory Meat | Chicken Strips Mash Potatoes Gravy |
| THU | Flat Square Yellow Eggs | Mystory Meat | Hot Dogs Chili Beans | THU | Biscuit Gravy Sausage Patty | Peanut Butter Jelly | Hot Dog Chili Beans |
| Fri | Farina 2 Sausage links | Peanut Butter Jelly | Chicken Strips Mash potatoes Gravy | Fri | Farina 2 sausage link | Mystory Meat | Sweet and Sour Chicken Rice |
| SAT | Grits Potatoes | Mystory Meat | Pasta Red sauce Meatballs | SAT | Grits Potatoes | Peanut Butter Jelly | Pasta Red Sauce Meatballs |

CORRECTIONAL HEALTH SERVICES

MAY 30 2020

*Received and RN Triaged on:* ____________ (date)

Exhibit B

**HEALTH SERVICES REQUEST FORM** **SOLICITUD PARA SERVICIOS DE SALUD**

**Name of Triage RN:** [illegible]
**Scheduled for RN S/C on:** ____________ **(date)**
**Patient seen today:** ____________ **(date)**

**Placed on MD/NP S/C:** ____________ **(date)**
**Placed on FMH List on:** ____________ **(date)**
*(enter dates or write N/A)*

**Please do not write above this line.** **Por favor no escriba arriba de esta línea.**

**DATE: / FECHA** 29 May 2020 **ID# / NÚMERO DE IDENTIFICACIÓN** 1222492 **DOB: / FECHA DE NACIMIENTO** 29 Oct 1986

**NAME / Nobre** Prasad **LAST/ APELLIDO** Kevin **FIRST/PRIMER NOMBRE** **Floor/Cell / Piso/Celda** 1U7

**I request health care services because:** **Yo solicito servicios de salud por la siguiente razón:**

I need the dietician to please go to the kitchen and give me the label from the gravy they serve here. I would like to see the ingredients. Not for dietary reasons, but religious. I asked kitchen deputy they said ask dietician.

**I allow the medical staff at the San Mateo County Jails to give me medical exams and/or necessary treatment/s while I am in jail.**
**Yo autorizo al médico o persona designada responsable en las cárceles de el condado de San Mateo para administrar exámenes médicos y los tratamientos necesarios mientras estoy encarcelado/a.**

**Please sign here (Firme aquí):** K B P

Mr. Prasad — I pulled this from their electronic file — let me know if the one you want is this — white country gravy. DR

Please indicate with an 'X' next to forms you would like to receive. Place the form in the medical request box when completed.

- ☐ Acne
- ☐ Anxiety
- ☐ Arthritis
- ☐ Asthma/How to use an Inhaler
- ☐ Athlete's foot
- ☐ Back Pain
- ☐ Back Exercises/Stretching
- ☐ Boils
- ☐ Breast Self-Exam
- ☐ Breathing Exercises
- ☐ Chlamydia
- ☐ Chronic Obstructive Pulmonary Disease
- ☐ Cold Sore
- ☐ Colds
- ☐ Constipation
- ☐ Diet Education
- ☐ Earwax
- ☐ Eczema
- ☐ Eyeglass Reading Chart
- ☐ Fluid Intake
- ☐ Gas Prevention Tip
- ☐ Gonorrhea
- ☐ Gout
- ☐ Health Insurance
- ☐ Heartburn
- ☐ HIV
- ☐ Herpes
- ☐ Hemorrhoids
- ☐ Hepatitis A
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ High Blood Pressure
- ☐ How to Develop Good Habits
- ☐ Kidney Stones
- ☐ Lower Back Pain
- ☐ Managing pain without drugs
- ☐ Neck Exercises
- ☐ Poison Oak/Ivy
- ☐ Psoriasis
- ☐ Quitting Smoking
- ☐ Scabies, Lice, Crabs
- ☐ Sinus Problems
- ☐ Skin Care & Aging
- ☐ Syphilis
- ☐ Strains & Sprains
- ☐ Stress
- ☐ Stye
- ☐ Testicular Self-Exam

**Response to patient that does not warrant direct contact:** RD

**Nurse Signature or printed name** [illegible] **(No Initials)**

☐ **Literature only given on:** 5/31/2020 **(date)**

Revised 01/24/2020

Nutrition Analysis

| Calories | 30 kcal | Total Fat | 1 g | Sodium | 220 mg |
|---|---|---|---|---|---|
| Protein | 0 | Trans Fats | 0 g | Calcium | 1 mg |
| Total Carbohydrates··· | 5 g | Saturated Fat | 1 g | Iron | 0 mg |
| Sugars | 0 g | Polyunsaturated Fat | | Potassium | 30 mg |
| Dietary Fiber | 0 g | Monounsaturated Fat | | Zinc | |
| Lactose | | Cholesterol· | 0 mg | Phosphorus | |
| Sucrose | | | | | |
| Vitamin A(IU)· | 0 | Vitamin D | 0 mg | Thiamin | |
| Vitamin A(RE) | | Vitamin E | | Niacin | |
| Vitamin C | 1 mg | Folate | | Riboflavin | |
| Magnesium | | Vitamin B-6 | | Vitamin B-1 2· | |
| Monosodium | | Sulphites | | Nitrates | |

This was one sheet, but had to edit.

TMI

## 435001 - MIX GRAVY COUNTRY PAN ROAST INSTANT

Made with real buttermilk, butter and pork sausage flavors, cream-colored Custom Culinary® PanRoast® Country Gravy appeals to the palate and the eye. This hearty variety is an ideal companion to biscuits, pork chops, chicken fried steak and other classic favorites. The smooth and creamy texture of this traditional pan-style milk gravy is also great for creating your own signature dishes.

Exhibit C

Exhibit C
(Continued)

✱ Benefits

## Ingredients

Enriched Wheat Flour (Wheat Flour, Niacin, Reduced Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Food Starch - Modified, Corn Syrup Solids, Coconut Oil, Salt, Sugar, Canola Oil, Hydrolyzed Corn Protein, Contains 2% Or Less Of The Following: Sodium Caseinate, Spice, Mono & Diglycerides, Titanium Dioxide (Color), Maltodextrin, Disodium Inosinate, Disodium Guanylate, Natural Flavors [With Annatto And Turmeric (For Color), Milk], Silicon Dioxide (As An Anti-Caking Agent).

## Allergens

**Contains:**

dairy, wheat

**Free From:**

crustaceans, eggs, fish, peanuts, sesame, soy, tree nuts

## Nutrition Facts

**Serving Size:** 8 Gram

**Number of Servings per** 432

| Amount Per Serving | |
|---|---|
| **Calories:** 30 | **Calories from Fat:** 10 |
| | **% Daily Value*** |
| **Total Fat** 1 g | 1% |
| Saturated Fat 1 g | 4% |
| Trans Fat 0 g | |
| **Cholesterol** 0 mg | 0% |
| **Sodium** 220 mg | 10% |
| **Total Carbohydrate** 5 g | 2% |
| Dietary Fiber 0 g | 0% |
| Sugars 0 g | % |
| **Protein** 0 g | 0% |

| | Per Srv | | Per Srv |
|---|---|---|---|
| **Vitamin A** | 0% | **Vitamin C** | 0% |
| **Calcium** | 0% | **Iron** | 0% |

*Percent DailyValues are based on a 2,000 calorie diet.Your daily values may be higher or lower depending on your calorie

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | | |
| Sat. Fat | Less than | | |
| Cholesterol | Less than | | |
| Sodium | Less than | | |
| Total Carbohydrate | | | |
| Dietary Fiber | | | |

Calories per gram

Fat Carbohydrate Protein

JUL 14 2020

CORRECTIONAL HEALTH SERVICES

Exhibit D

*Received and RN Triaged on:* ____________ (date)

## HEALTH SERVICES REQUEST FORM

## SOLICITUD PARA SERVICIOS DE SALUD

**Name of Triage RN:** ✓

**Scheduled for RN S/C on:** 7/16/2020 **(date)**

**Patient seen today:** N/A **(date)**

**Placed on MD/NP S/C:** N/A **(date)**

**Placed on FMH List on:** N/A **(date)**

*(enter dates or write N/A)*

**Please do not write above this line.** **Por favor no escriba arriba de esta línea.**

**DATE: / FECHA** 14 Jul 2020 **ID# / NÚMERO DE IDENTIFICACIÓN** 1322492 **DOB: / FECHA DE NACIMIENTO** 29 Oct 1986

**NAME / Nobre** Prasad **LAST/ APELLIDO** Kevin **FIRST/PRIMER NOMBRE** **Floor/Cell / Piso/Celda** 2VS

**I request health care services because:** **Yo solicito servicios de salud por la siguiente razón:**

To Dietician, Thank you for the information. Can you please give me the [illegible] used to [illegible] for: French Toast, Biscuits, pancakes, [illegible], Grits, Baked Beans, Chili Beans, [illegible] to prepare food with. I would like the label [illegible] the info they gave you

I allow the medical staff at the San Mateo County Jails to give me medical exams and/or necessary treatment/s while I am in jail. Yo autorizo al médico o persona designada responsable en las cárceles de el condado de San Mateo para administrar exámenes médicos y los tratamientos necesarios mientras estoy encarcelado/a.

**Please sign here (Firme aquí):** K B Prasad

Mr. Prasad - You are not on any special diet - what are you looking for because - no, I am not going to give you all the labels you request.

**Please indicate with an 'X' next to forms you would like to receive. Place the form in the medical request box when completed.**

- ☐ Acne
- ☐ Anxiety
- ☐ Arthritis
- ☐ Asthma/How to use an Inhaler
- ☐ Athlete's foot
- ☐ Back Pain
- ☐ Back Exercises/Stretching
- ☐ Boils
- ☐ Breast Self-Exam
- ☐ Breathing Exercises
- ☐ Chlamydia
- ☐ Chronic Obstructive Pulmonary Disease
- ☐ Cold Sore
- ☐ Colds
- ☐ Constipation
- ☐ Diet Education
- ☐ Earwax
- ☐ Eczema
- ☐ Eyeglass Reading Chart
- ☐ Fluid Intake
- ☐ Gas Prevention Tip
- ☐ Gonorrhea
- ☐ Gout
- ☐ Health Insurance
- ☐ Heartburn
- ☐ HIV
- ☐ Herpes
- ☐ Hemorrhoids
- ☐ Hepatitis A
- ☐ Hepatitis B
- ☐ Hepatitis C
- ☐ High Blood Pressure
- ☐ How to Develop Good Habits
- ☐ Kidney Stones
- ☐ Lower Back Pain
- ☐ Managing pain without drugs
- ☐ Neck Exercises
- ☐ Poison Oak/Ivy
- ☐ Psoriasis
- ☐ Quitting Smoking
- ☐ Scabies, Lice, Crabs
- ☐ Sinus Problems
- ☐ Skin Care & Aging
- ☐ Syphilis
- ☐ Strains & Sprains
- ☐ Stress
- ☐ Stye
- ☐ Testicular Self-Exam

**Response to patient that does not warrant direct contact:** 7/16/20: Ref. to Dietician

**Nurse Signature or printed name** [signature] RN **(No Initials)**

☐ **Literature only given on:** ____________ **(date)**

DCRD 7-20-20

Exhibit E

# RELIGIOUS DIET REQUEST FORM
## SAN MATEO COUNTY SHERIFF'S FACILITIES

**A standard** Religious Diet **is available for inmates who have** sincerely held religious beliefs **that call for dietary modifications. The Religious Diet does not include:** BEEF, PORK or SHELLFISH. **This diet includes beans/legumes, milk, and milk products. Chicken or poultry products are included on this diet. Starches, vegetables, desserts, are typically the same as for the regular diet.**

**DIRECTIONS:**

Inmates who would like to request the Religious Diet must **completely fill out, sign and date this form.** Once your request has been reviewed, Religious Diet meals will be provided to you for pick up on the pod/unit.

I, (First name) Kevin (Last Name) Prasad (ID #) 1222492

(Housing) 2V7 have sincerely held religious beliefs in the following:

____ **MUSLIM**

X **HINDU** - I can't eat gravy also

____ **JEWISH**

____ **SEVENTH DAY ADVENTIST**

____ **OTHER:** ____

Mr. Prasad, You are already on vegetarian diet. No preferences. DCKO 8/31/20

Use "OTHER" for religions not included above, or for religious holidays or observances such as Ramadan. Ramadan observers get breakfast and a late dinner, and will be offered their bag lunch.

____ Check here if you are now getting a Religious Diet and want to stop this diet. Inmates who discontinue his/her Religious Diet and who desire to restart the Religious Diet during the same incarceration period will be assessed on a case-by-case basis.

**READ THE FOLLOWING:**

I understand that I may not choose a Regular Diet meal in place of my Religious Diet meal, and that doctor prescribed medical diets in conflict with my Religious Diet will be assessed on a case-by-case basis. I understand that **unreasonable diet requests** written in under "OTHER" may be delayed or denied. I further understand that if I choose to stop my Religious Diet, I must submit a written request to stop the diet.

I have read and understand the terms of this form: [signature] **INMATE SIGNATURE** 28 Aug 2020 **DATE**

**If you need help with this form, you may request assistance from the Supervising Chaplain.**

**Please allow reasonable time for the facility to process your Religious Diet request and to start receiving your Religious Diet.**

☞ **Send completed form to the Medical Unit.** *Revised 10/01,3/03, 10/03*

**Medical Staff Only:** Received at Medical Unit on: (Date)____ (Initials)____

1) Please confirm that the form is complete with inmate, name, ID number, and signature.
2) For complete forms: ,make a photocopy, file the original in the inmate's chart, send the copy to Food Services. This will act as a diet order.
3) Log the Religious Diet on the daily diet sheet.
4) Notify the Dietitian, via the desk calendar, of name/ID of **ALL** inmates requesting Religious Diets.
5) For incomplete/questionable forms, DO NOT log on diet sheet, instead place original in chart for the Dietitian to review.

Exhibit F

| | Breakfast | | | Lunch | Dinner Week 1 | Week 2 | Week 3 | Week 4 |
|---|---|---|---|---|---|---|---|---|
| SUN | Cereal Fruit 1 hard boil egg | | | Mystery Meat | Pasta Red Sauce Meatballs | Pasta Red Sauce Meatballs | Chicken Strips Bean | Chicken Patty Salsa |
| MON | OatMeal 2 Egg patty Fruit | | | Peanut Butter Jelly | Black Beans Rice | White lentils Rice | Burritos Rice Salsa | Refried Beans Chicken Salsa |
| TUE | Cereal Fruit 1 hardboil egg | | | Mystery Meat | Bean Burrito Rice | Bean Burrito Potatoes | Meat Balls lentils | Bean Burrito Rice |
| WED | (1) 2 egg patty Potatoes Fruit | (2)(4) 2 Pancakes Sausage patty Fruit | (3) French toast 2 Sausage links Fruit | Peanut Butter Jelly | Chicken Strips Rice | Teriyaki Chicken Rice | Chicken Strip BBQ | Hotdog Chili Beans |
| THUR | Cereal 1 hardboil egg Fruit | | | Mystery Meat | Pasta Red Sauce Meatballs | Chicken Strips lentils | Pasta Mushroom Sauce Meatballs | Pasta Mushroom Sauce Meatballs |
| FRI | Biscuit Gravy Sausage patty | | | Peanut Butter Jelly | Chicken patty potatoes | Pasta Mushroom Sauce meatballs | Teriyaki Chicken Rice | Chicken Strips BBQ |
| SAT | Cereal Fruit 1 Hard boiled egg | | | Peanut Butter Jelly | Pasta Mushroom Sauce meatballs | Chicken Patty Gravy Potatoes | Pasta Red Sauce Meatballs | Chicken Rice Salsa Verde |

Exhibit G

# San Mateo County Jail Facilities
# Inmate Grievance Form

Routing: Staff Only
- [ ] Administration
- [ ] Classification
- [ ] Medical
- [x] Food Service
- [ ] Other

Received: Staff Only
Date 7/15/2020
Time [illegible]
Facility [illegible]
Deputy [illegible]

**To:** (Shift Sergeant) Jail Administration | **Date** 15 Jul 2020

**From:** (Inmate's Name) Kevin Prasad | **Id#** [illegible] | **Cell** 2V5

**Grievance** (Please be specific: time, date, etc.) I have been in custody continuously since 26 Apr 2018. Upon my arrival I voiced my concern to the deputies about the ingredients of the food given to me from the county. Mike Murray from the Service League was able to set up a diet for just in case. Mike Murray was under the impression that the rest of the food was in accordance with my religious beliefs based on the lack of info given to him by the kitchen deputy. A month ago, a former inmate kitchen worker notified me that the gravy was not in accordance with (IAW) my religious beliefs. I asked Deputy Cardinal to ask the kitchen deputy to please give me the label of ingredients for the gravy. The kitchen deputy refused to give it to me in direct violation of Federal and State Food Label Laws. I then asked Service League if they could help me and they referred me to Lt Kovac who said I need to request to get onto the religious diet. To my knowledge SMCSD does not have a "Hindu diet" or I would have been on it since day 1 of my incarceration. I also asked the dietician at the same time and received no response! The ingredients label stated that the gravy has pork sausage. For over 27 months, SMCSD has violated my 1st Amendment Right to Freedom of Religious Expression. I express my religious beliefs through what I eat. It is my belief that SMCSD has violated my constitutional right with malice. Hinduism has been around for about ~5000 years, and the fact that upon request, accurate information was not released to me. I would like food labels directly from the package of all the foodstuffs served to me so I can review if the food is IAW my Hindu diet. I would also like to be compensated for this gross negligence.

**Inmate's Signature:** K B P[illegible]

Note: **Upon signing this form take GOLD copy. It contains the grievance procedures.**

**Supervisor's response:**

**Signature:** **Date:**

White: *Administration* Yellow: *Response to Inmate* Pink: *Staff* Gold: *To Inmate*

1

Exhibit H

RECEIVED
AUG 2 5 2020
MSCC 20-GA-005

To: Watch Commander or Higher Jail Administration

From: Kevin Prasad #1222492

Date: 3 Aug 2020

Subject: 2nd level grievance filed 15 Jul 2020 and responded to on 23 Jul 2020

In my grievance filed 15 Jul 2020, I inform Jail Administration of how San Mateo County Sheriffs Department (SMCSD) has seriously violated my 1st Amendment Rights. After further research, I found that SMCSD also violated my 8th Amendment Rights. I explain on the grievance that I have been in custody continuously since 26 Apr 2018, and how I voiced my concern about the food being served to me. It was explained to me that I must speak with Mike Murray of the Service League. After a conversation, he notified the Jail Administration of my religious dietary restrictions. SMCSD responded by putting me on the "Lacto-Ovo Diet"

In June 2020, a former inmate kitchen worker informed me that the gravy served to me was not in accordance with (IAW) my religious dietary restrictions. I asked the kitchen deputy if s/he could provide me with the food labels so I could verify if the food served to me was in fact IAW with my religious beliefs. I asked Deputy Carline for assistance. The kitchen deputy refused to

Exhibit H
(Continued)

give me the food labels. I then asked the dietician for the label on the gravy. The dietician provided me with the food label where I read that the gravy served to me was infact not IAW my religious beliefs.

In response, I asked the dietician if they could provid me with food labels of the other food stuffs served to me. The dietician refused to provide me with the food labels and even stated that I was not receiving a diet.

At the same time, I submitted a Service League request to see if they could provide me with the food label They forwarded my request to Lieutenant (Lt) Kovac of the SMCSD. While he explained to me that I can request to be on the religious diet, he will not provide me with the food labels.

I am a Hindu and have been practicing since birth My family and I express our religious beliefs through diet. My family and I do not eat any form of pork and do not consume cow, but we do consume milk. Hinduism has been around for 5000+ years. there are different versions of Hinduism with different dietary restrictions. My family and I follow the version of Hinduism where we are not allowed to consume any kind of pork, cow, snake, turtle and monkey. While we can consume all kind of milk products While I do not have to worry about snake, turtle, and monkey being served to me, I do have to worry about cow and pork. Not being allowed to ensure the food stuffs served to me is IAW my religious beliefs is unconstitution and violates Federal and State Laws & Statutes.

Exhibit H

3

(continued)

Just because I may be allowed to consume other kinds of meat, I cannot consume food stuffs prepared using cow or pork Lard. While I can consume chicken, if the chicken patty is fried using cow or pork Lard, then I cannot consume it. It is not just that I cannot consume certain food stuffs, if the food stuffs I can consume is prepared using foodstuffs I cannot consume, then I cannot consume what I could have consumed. My religious dietary restrictions also extends to food preparations.

The 1st Amendment states "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise therof;..." One of the ways that I exercise my 1st Amendment Right is by my diet. I was informed by both Jail Staff and Mike Murray that the food being served to me would be IAW my religious dietary needs, only to find out over 26 months later that the gravy was not IAW my religious dietary needs. When I received the food label for the gravy it says "Made with real buttermilk, butter, and pork sausage flavors..." You cannot have pork sausage flavors without adding pork sausage. As stated before, my religion prohibits me from consumption of any kind of pork. By being served pork without my knowledge, SMCSD has egregiously violated my 1st Amendment Rights and 8th Amendment rights continuously for the past 26 months.

Violating my 1st Amendment Rights also constitutes an 8th Amendment violation. Being incarcerated is a punishment. Not being able to ensure the food being served to me is IAW

Exhibit A
(continued)

my religious dietary needs, and feeding me pork is cruel and unusual.

Any medical professional knows that introducing a different kind of meat to someone who does not eat that type of meat can do harm to that individual. The County Dietician should know this. SMCSD therefore knew of a substantial risk of serious harm to me.

Even after I notified SMCSD that some of the food that is being served to me is not IAW my religious diet, SMCSD has continued to serve me said food. This forces me to refuse the food. SMCSD has failed to respond reasonably to this error. SMCSD further failed to respond reasonably by not allowing me to ensure the food being served to me is IAW my religious dietary needs.

Violating an inmates 8th Amendment Rights means that Jail Administration has automatically violated PC 147 by committing "willful inhumanity" against the inmate. Willful is defined "Voluntary and intentional, but not necessary malicious" Bryan A. Garner, Black's Law Dictionary Fourth Pocket Edition 830 (1996). Inhumanity is defined "the quality or state of being cruel or barbarous." James G. Lowe, The Merriam-Webster Dictionary 372 (2016).

When I communicated to Lt Kovac, he ~~was unprofessional~~ unprofessionally and quite ~~was~~ adament that SMCSD will not provide me with food labels so that I may be allowed to verify the ingredients of the food stuffs served to me. As Lt Kovac is a Law Enforcement Officer (LEO) and a representative of SMCSD, I find it quite

5

Exhibit H
(Continued)

hypocritical that SMCSD would violate the law. When a patron goes to any restaurant, they can ask for a nutrition label and all the ingredient's are on the label. Lt Kovac & SMCSD is violating Federal and State food label laws including: The FD&C Act, CA menu label law of 2011, H&S code 114094, Nutrition Labeling & Education Act of 1990, 21 USC §§ 301, 343, 343-1, and Title XI § 1072. As The United States of America is a country of Laws, I find it quite odd that Lt Kovac & SMCSD does not want to abide by the Laws & Statutes passed by The President of the United States, Congress, The Govenor of the State of California, and the State Legislators

I ask the dietician for the same information. After receiving the nutrition label for the gravy, the dietician refused to provide me with nutrition labels for all of the other food items served to me. The dietician then proceeded to inform me that I was not on any diet. I have been on the "Lacto-Ovo diet" since my first week of incarceration. What is the dieticians true purpose if not to know which inmate is on what diet and to provide nutrition information to inmates upon request? Why are they being paid not to do their job?

While I recognize that SMCSD will provide me with a religious diet, I reserve the right to ensure that the food stuff prepared and served to me is IAW my religious dietary needs. I cannot ensure the food is within my dietary needs unless I can both read the ingredients to the food that is served to me & I can verify that the

6

Exhibit H
(continued)

food is prepared IAW my religious dietary needs. I can no longer trust the words of the SMCSD on this matter since SMCSD has knowingly served me pork for 26 months violating my 1st and 8th Amendment rights.

I am humbly asking for the food and nutrition labels to all of the food stuffs served to me. I also ask that Lt Kovac be removed from SMCSD for PC 147 violation, lack of professionalism, and lack of discharge of duty since he is a LEO not enforcing the law. I also ask that the dietician also be removed from duty due to lack of discharge of duty since they broke the law and does not seem to do thier job as prescribed in Title XV.

Kevin Prasad #1222492

[signature]

Exhibit I

**San Mateo County Jail Facilities**
**Inmate Grievance Form**

Routing: Staff Only
- ☐ Administration ☐ Other ______
- ☐ Classification ______
- ☐ Medical ______
- ☐ Food Service ______

Received: Staff Only
- Date 10-11-21
- Time 1459
- Facility MSCC 2 [illegible]
- Deputy [illegible]

**To:** (Shift Sergeant) Jail Administration **Date** 11/[illegible]/2021

**From:** (Inmate's Name) Kevin Prasad **Id#** 1222492 **Cell** 2V7

**Grievance** (Please be specific: time, date, etc.)

On Sunday morning I was given bread [illegible] white gravy since last year. The white gravy has pork and I do not eat pork as per my religious beliefs. This constitutes disrespect to my religious beliefs violates my First Amendment freedom of religious expression, Eighth Amendment ~~[illegible]~~ cruel and unusual punishment Rights, and Fourteenth Amendment Due process and Equal Protection of the law. I have asked for Nutrition labels for all the food and SMCSO refuses to give it to me violating FDA and State health codes. I am just asking for my meal to come without the white gravy. ~~[illegible]~~ SMCSO says they will not give me special treatment, what am I not affluent enough? I know that special treatment was given to Tiffany Li when she was here. I am not asking for different food, I am simply asking for white gravy to be excluded from my food, and ingredients label so I can ensure that SMCSO is providing me food in accordance with my religious beliefs.

**Inmate's Signature:** [illegible]

Note: **Upon signing this form take GOLD copy. It contains the grievance procedures.**

**Supervisor's response:**

**Signature:** **Date:**

White: *Administration* Yellow: *Response to Inmate* Pink: *Staff* Gold: *To Inmate*

Revised 6/5/17

Exhibit J

1

To: Facility Commander

From: Kevin Prasad #1222492

Date: 19 Oct 2021

Subject: 2nd level appeal to Grievance filed 11 Oct 2021

In the grievance I state that the white gravy (while it is called "Mix Gravy Country Pan Roast Instant" I will continue calling it "white gravy" for simplicity sake) on Fridays Breakfast and this Saturday (30 Oct 2021) dinner (same dinner every four weeks after) is in violation of my religious beliefs. (Saturdays dinner being chicken patty white gravy).

I have remained incarcerated continuously for three and a half years. I remember the old two week rotating menu which include white gravy. When I was, luckily, able to receive the nutrition facts and ingredients label and read that it contained "Pork sausage flavors" and that in the ingredients list said "natural flavors..." it was then that I had notified SMCSO of this issue in August 2020. A Sergeant (I do not know his name) then confirmed my information in November 2020.

With the new menu, I know that the same white gravy is being used in these meals since both meals were also in the old menu and looked the same. So obviously the same ingredients are being used.

In the response, the author (I cannot read the name

2

Exhibit J (continued)

on the signator) states that I have received misinformation. I disagree with the author as the information I received came from the dietician and confirmed by an SMCSO deputy sergeant. While there are many different kinds of gravy employed by the kitchen, it is hard to tell if Author is correct. That is why there is the FD&C Act which states that a nutrition label and ingredients label will be on all food items, available upon request, and must be true. This is why Author is either misinformed or does not know. If in fact I am misinformed, then I request nutrition and ingredients label to all the food served to me as it is well within my Fourteenth Amendment Equal Protection rights, so that I may be allowed to clear up any misinformation.

Simply put, continuing to provide me with the white gravy on my food is violation of my First Amendment Freedom of Religious Exercise Rights, Fourteenth Amendment Due Process Rights, Equal Protection Rights, Title XV §1240, §1241, and Eighth Amendment Cruel and unusual punishment Rights.

My diet is an expression of my religious beliefs. By making me eat pork and then denying that there is pork violates my First Amendment Rights to Freedom of Religious Expression.

Since I do not eat pork, my digestive system does not know what to do and painfully expells the food. This is a violation of my Eighth Amendment Right to be free from Cruel and Unusual Punishment and Fourteenth Amendment Right to Due Process.

By not being able to review the necessary nutrition label and ingredients label, this violates the FD&C Act any state law and my Fourteenth Amendment Equal Protection Rights

3

Exhibit J
(continued)

By me having to refuse those meals, I am forced to deprive myself of a basic human need. I do not receive food in a timely manner nor do I receive the minimum calorie intake requirements set out by Title XV § 1240 and 1241.

I am not asking to be treated specially. Upon information and belief I know that when Tiffany Li was incarcerated she received special treatment because she was an affluent member of San Mateo County Society. I know that I am not an affluent member of San Mateo County Society. All I am asking is for white Gravy to no longer be served to me. If I am indeed misinformed, please inform me by giving me the nutrition and ingredients label.

SHERIFF'S OFFICE

A TRADITION OF SERVICE SINCE 1856

CARLOS G. BOLANOS, SHERIFF
MARK C. ROBBINS, UNDERSHERIFF

Exhibit K

**DATE:** November 23, 2021

**TO:** Kevin Prasad #1222492

**FROM:** Richard Cheechov, Lieutenant

**SUBJECT:** Appeal Response

---

This is in response to your grievance dated 11 October 2021.

Based on my review of your initial grievance and appeal I have reviewed your records, which show that you are on a lacto-ovo vegetarian diet. I contacted the Director of Food and Nutrition Services, who reviewed her documentation and confirmed that her records properly reflect the diet as well as that you have been receiving a lacto-ovo vegetarian diet. She further confirmed that this diet contains no meat products.

Your appeal is denied. Regardless of past conversations, at present you are on a lacto-ovo vegetarian diet, which does not contain any meat products.

Respectfully,

2/2/

Richard Cheechov, Lieutenant
San Mateo County Sheriff's Office
Corrections Division - Administrative Lieutenant

**COUNTY OF SAN MATEO**
HUMAN RESOURCES DEPARTMENT

Rocio Kiryczun
Director

County Government Center
455 County Center, 5th Floor
Redwood City, CA 94063
650-363-4321 T
650-363-4822 F
http://hr.smcgov.org
http://jobs.smcgov.org

Exhibit L

October 27, 2021

Kevin Prasad #1222492
1300 Maple St
Redwood City, CA 94063

RE: Claim against the County of San Mateo
DATE OF LOSS: 4.26.2018 to 4.27.2021

Dear Kevin,

Portions of the claim you submitted on October 18, 2021 to the County of San Mateo fails to satisfy the time requirements relating to the presentation of a Governmental Claim prior to instituting an action against a public entity.

The time requirements are specifically set forth in California Government Code Sections 911.2 and 911.4.

California Government Code Section 911.2 provides that a claim relating to a cause of action for death or for injury to person(s) or to personal property or growing crops, shall be presented to the public entity not later than six (6) months after the accrual of the cause of action. A claim relating to any other cause of action shall be presented not later than one (1) year after the accrual of the cause of action.

California Government Code Section 911.4 provides that when a claim that should have been submitted within six (6) months after the accrual of a cause of action, is not presented within such time, a written Application may be made to the public entity for leave to present a late claim. The Application to the public entity, however, shall be presented within a reasonable time, not to exceed one (1) year after the accrual of the cause of action.

Since portions of your claim was not presented within six (6) months of the accrual date of the cause of action and since you have failed to present an appropriate Application For Late Claim Relief within one (1) year of your accrual of your cause of action, no action will be taken on the claims within these time periods. For the timely portion of your claim, they will be presented to the Board of Supervisors for action and you will be notified of their action.

Portions of your claim, however, may fall within one of the statutory exceptions to the Claim Procedure, as set forth in Government Code Section 905. Further, the six (6) month and one (1) year time guidelines mentioned in




Exhibit L (Continued)

this letter, in some situations, may be tolled or extended. Government Code Section 911.4. This may allow you to apply to the County of San Mateo for leave to present a late claim. See Government Code Sections 911.4, 911.6, 912.2 and 946.6.

YOU MAY SEEK THE ADVICE OF AN ATTORNEY OF YOUR CHOICE IN CONNECTION WITH THE ISSUES RAISED BY THIS LETTER. IF YOU WISH TO PROCEED, IT IS RECOMMENDED THAT YOU SEEK LEGAL ADVICE PROMPTLY. THE FAILURE TO DO SO MAY JEOPARDIZE ANY RIGHTS YOU MAY STILL HAVE.

Sincerely,

Sarah Prince

Sarah Prince
Risk Management Program Coordinator
REF: GL-2018-10377






Exhibit M

Maruchan Ramen
BEST BY: (MMDDYY) 021722 19:22 2DE 829
Nutrition Facts
2 servings per container
Serving size
½ noodle block with
½ flavoring packet (43g)
Calories
190 per serving
370 per container
Total Fat 7g 9% 14g 18%
Saturated Fat 3.5g 18% 7g 35%
Trans Fat 0g 0g
Cholesterol 0mg 0% 0mg 0%
Sodium 650mg 28% 1,300mg 57%
Vitamin D 0mcg 0% 0mcg 0%
Calcium 0mg 0% 0mg 0%
Total Carb. 27g 54g
Dietary Fiber 2g 7% 4g 14%
Total Sugars <1g 2g
Incl. Added Sugars <1g 1% <1g 1%
Protein 8g
Iron 1.5mg 8% 3mg 15%
Potassium 110mg 220mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
CONTAINS WHEAT, SOY, AND MILK INGREDIENTS.
HOT & SPICY
Maruchan, INC.
IRVINE, CA 92618 MADE IN U.S.A.
YOU MAY REDUCE THE AMOUNT OF SODIUM BY SIMPLY USING LESS OF THE FLAVOR PACKET.
PLEASE STORE IN A DRY PLACE AWAY FROM HEAT AND DIRECT SUNLIGHT.
DO NOT PURCHASE OR USE IF THE PACKAGING IS OPEN, TORN, OR DAMAGED.
0 41789 00276 2
© Maruchan, Inc. 2019
Distributed by Keefe Group, St. Louis, MO 63132
2. Turn off heat, add contents of flavor packet, stir well for 1 minute until flavoring is fully dissolved. Makes two 8 oz servings.
3. Product is very hot. Allow to cool, serve and enjoy.
Chili Flavor
Maruchan Ramen



Exhibit N

Maruchan Ramen
Lime Chili Shrimp Flavo
HOT & SPICY
BEST BY:
032922 14:45 1LC110
Nutrition Facts
2 servings per container
Serving size ½ noodle block with ½ flavoring packet (43g)
Calories 190 per serving 370 per container
Total Fat 7g 9% 14g 18%
Saturated Fat 3.5g 18% 7g 35%
Trans Fat 0g 0g
Cholesterol 0mg 0% 0mg 0%
Sodium 810mg 35% 1,620mg 70%
Vitamin D 0mcg 0% 0mcg 0%
Calcium 0mg 0% 0mg 0%
Total Carb. 27g 10% 54g 20%
Dietary Fiber 2g 7% 4g 14%
Total Sugars <1g 1g
Incl. Added Sugars <1g 1% <1g 1%
Protein 4g 8g
Iron 1.5mg 8% 3mg 15%
Potassium 110mg 2% 220mg 4%
*The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.
CONTAINS WHEAT, SOY, MILK, LOBSTER, AND SHRIMP INGREDIENTS.
maruchan.
and while stirring occasionally.
2. Turn off heat, add contents of flavor packet, stir well for 1 minute until flavoring is fully dissolved. Makes two 8 oz servings.
3. Product is very hot. Allow to cool, serve and enjoy.
CAUTION: PRODUCT IS EXTREMELY HOT. HANDLE CAREFULLY TO AVOID SPILLS AND SEVERE BURNS. AFTER PREPARATION, TEMPERATURE SHOULD BE MONITORED FOR CHILDREN UNDER 15 YEARS OLD. PRODUCT SHOULD BE CONSUMED AT A TABLE WITH ADULT SUPERVISION.
Maruchan, INC.
IRVINE, CA 92618 MADE IN U.S.A.
YOU MAY REDUCE THE AMOUNT OF SODIUM BY SIMPLY USING LESS OF THE FLAVOR PACKET.
PLEASE STORE IN A DRY PLACE AWAY FROM HEAT AND DIRECT SUNLIGHT.
WHEN CONTACTING US, PLEASE INCLUDE THE PRINTED LOT CODE INFORMATION.
0 41789 00317 2
www.maruchan.com © Maruchan, Inc. 2019
DO NOT PURCHASE OR USE IF THE PACKAGING IS OPEN, TORN, OR DAMAGED.

# 2018

## January

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## February

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | | | |

## March

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## April

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## May

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## June

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## July

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## August

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## September

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

## October

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## November

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

## December

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## Observances

| Date | Observance |
|---|---|
| Jan 01 | New Year's Day |
| Jan 15 | Martin Luther King Day |
| Feb 12 | Lincoln's Birthday |
| Feb 14 | Valentine's Day |
| Feb 14 | Ash Wednesday |
| Feb 16 | Chinese New Year |
| Feb 19 | President's Day |
| Mar 11 | Daylight Saving (begin) |
| Mar 17 | St. Patrick's Day |
| Mar 20 | Vernal equinox |
| Mar 31 | Passover |
| Apr 01 | April Fool's Day |
| Apr 01 | Easter |
| Apr 25 | Admin Assistants Day |
| May 13 | Mother's Day |
| May 16 | Ramadan begins |
| May 20 | Pentecost |
| May 28 | Memorial Day |
| Jun 14 | Flag Day |
| Jun 17 | Father's Day |
| Jun 21 | June Solstice |
| Jul 04 | Independence Day |
| Sep 03 | Labor Day |
| Sep 10 | Rosh Hashanah |
| Sep 23 | Autumnal equinox |
| Oct 08 | Columbus Day |
| Oct 31 | Halloween |
| Nov 04 | Daylight Saving (end) |
| Nov 11 | Veterans Day |
| Nov 22 | Thanksgiving |
| Dec 02 | Hanukkah begins |
| Dec 21 | December Solstice |
| Dec 25 | Christmas Day |
| Dec 26 | Kwanzaa begins |
| Dec 31 | New Year's Eve |

Exhibit O

# 2019

## January

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## February

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | | |

## March

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## April

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

## May

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## June

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

## July

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## August

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## September

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## October

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## November

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

## December

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## Observances

| | |
|---|---|
| Jan 01 | New Year's Day |
| Jan 21 | Martin Luther King Day |
| Feb 05 | Chinese New Year |
| Feb 12 | Lincoln's Birthday |
| Feb 14 | Valentine's Day |
| Feb 18 | President's Day |
| Mar 06 | Ash Wednesday |
| Mar 10 | Daylight Saving (begin) |
| Mar 17 | St. Patrick's Day |
| Mar 20 | Vernal equinox |
| Apr 01 | April Fool's Day |
| Apr 20 | Passover |
| Apr 21 | Easter |
| Apr 24 | Admin Assistants Day |
| May 06 | Ramadan begins |
| May 12 | Mother's Day |
| May 27 | Memorial Day |
| Jun 09 | Pentecost |
| Jun 14 | Flag Day |
| Jun 16 | Father's Day |
| Jun 21 | June Solstice |
| Jul 04 | Independence Day |
| Sep 02 | Labor Day |
| Sep 23 | Autumnal equinox |
| Sep 30 | Rosh Hashanah |
| Oct 14 | Columbus Day |
| Oct 31 | Halloween |
| Nov 03 | Daylight Saving (end) |
| Nov 11 | Veterans Day |
| Nov 28 | Thanksgiving |
| Dec 22 | Hanukkah begins |
| Dec 22 | December Solstice |
| Dec 25 | Christmas Day |
| Dec 26 | Kwanzaa begins |
| Dec 31 | New Year's Eve |

Exhibit P

# 2020

## January

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## February

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |

## March

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

## April

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

## May

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## June

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

## July

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## August

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

## September

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

## October

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

## November

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

## December

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

## Observances

| Date | Observance |
|---|---|
| Jan 01 | New Year's Day |
| Jan 20 | Martin Luther King Day |
| Jan 25 | Chinese New Year |
| Feb 12 | Lincoln's Birthday |
| Feb 14 | Valentine's Day |
| Feb 17 | President's Day |
| Feb 26 | Ash Wednesday |
| Mar 08 | Daylight Saving (begin) |
| Mar 17 | St. Patrick's Day |
| Mar 20 | Vernal equinox |
| Apr 01 | April Fool's Day |
| Apr 09 | Passover |
| Apr 12 | Easter |
| Apr 22 | Admin Assistants Day |
| Apr 24 | Ramadan begins |
| May 10 | Mother's Day |
| May 25 | Memorial Day |
| May 31 | Pentecost |
| Jun 14 | Flag Day |
| Jun 20 | June Solstice |
| Jun 21 | Father's Day |
| Jul 04 | Independence Day |
| Sep 07 | Labor Day |
| Sep 19 | Rosh Hashanah |
| Sep 22 | Autumnal equinox |
| Oct 12 | Columbus Day |
| Oct 31 | Halloween |
| Nov 01 | Daylight Saving (end) |
| Nov 11 | Veterans Day |
| Nov 26 | Thanksgiving |
| Dec 10 | Hanukkah begins |
| Dec 21 | December Solstice |
| Dec 25 | Christmas Day |
| Dec 26 | Kwanzaa begins |
| Dec 31 | New Year's Eve |

Exhibit Q

# 2021

### January

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### February

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | | | | | | |

### March

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### April

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

### May

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### June

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### July

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### August

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### September

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### October

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### November

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### December

| Su | M | Tu | W | Th | F | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

## Holidays & Observances

| Date | Holiday |
|---|---|
| Jan 01 | New Year's Day |
| Jan 18 | Martin Luther King Day |
| Feb 12 | Chinese New Year |
| Feb 12 | Lincoln's Birthday |
| Feb 14 | Valentine's Day |
| Feb 15 | President's Day |
| Feb 17 | Ash Wednesday |
| Mar 14 | Daylight Saving (begin) |
| Mar 17 | St. Patrick's Day |
| Mar 20 | Vernal equinox (GMT) |
| Mar 28 | Passover |
| Apr 01 | April Fool's Day |
| Apr 04 | Easter |
| Apr 13 | Ramadan begins |
| Apr 21 | Admin Assistants Day |
| May 09 | Mother's Day |
| May 23 | Pentecost |
| May 31 | Memorial Day |
| Jun 14 | Flag Day |
| Jun 20 | Father's Day |
| Jun 21 | June Solstice (GMT) |
| Jul 04 | Independence Day |
| Sep 06 | Labor Day |
| Sep 07 | Rosh Hashanah |
| Sep 22 | Autumnal equinox (GMT) |
| Oct 11 | Columbus Day |
| Oct 31 | Halloween |
| Nov 07 | Daylight Saving (end) |
| Nov 11 | Veterans Day |
| Nov 25 | Thanksgiving |
| Nov 28 | Hanukkah begins |
| Dec 21 | December Solstice (GMT) |
| Dec 25 | Christmas Day |
| Dec 26 | Kwanzaa begins |
| Dec 31 | New Year's Eve |

Exhibit R

2021 Calendar with Holidays by Vertex42.com

https://www.vertex42.com/calendars/2021.html

© 2016 Vertex42 LLC. Free to Print.

**COUNTY OF SAN MATEO**
HUMAN RESOURCES DEPARTMENT

Rocio Kiryczun
Director

County Government Center
455 County Center, 5th Floor
Redwood City, CA 94063
650-363-4321 T
650-363-4822 F
http://hr.smcgov.org
http://jobs.smcgov.org

Exhibit 8

November 22, 2021

Kevin Prasad #1222492
1300 Maple St
Redwood City, CA 94063

RE: Claim against the County of San Mateo
DATE OF LOSS: 04/26/2018 to 10/20/2021

Dear Kevin,

PLEASE TAKE NOTICE that the claim you presented to the County of San Mateo that were filed untimely were returned to you because it was in part not presented within six (6) months after the events or occurrences as required by law, i.e., some of the alleged causes of action or claims accrued longer than six (6) months prior to the filing of your claim. See Sections 901 and 911.2 of the *Government Code*. Because the claim in part was not presented within the time allowed by law, no action was taken on the claim as to said parts. You were instructed to apply without delay to the County of San Mateo for leave to present a late claim. See Sections 911.4 to 912.2, inclusive, and Section 946.6 of the *Government Code*. Under some circumstances, leave to present a late claim will be granted. See Section 911.6 of the *Government Code*.





Exhibits
(continued)

**NOTICE OF REJECTION**

With regard to the remainder of said claim which was which was filed in a timely fashion, notice is hereby given that said portion of the claim which you presented to the County of San Mateo was reviewed by the Board of Supervisors on November 16, 2021 and was rejected.

**"WARNING"**

With regard to this portion of said claim and subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this portion of said claim. See *Government Code,* Section 945.6.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Sincerely,

Sarah Prince

Sarah Prince

Risk Management Program Coordinator




**COUNTY OF SAN MATEO**
COUNTY MANAGER'S OFFICE

**Michael P. Callagy**
County Manager/
Clerk of the Board

**County Government Center**
400 County Center, 1st Floor
Redwood City, CA 94063
650-363-4121 T
650-363-1916 F
www.smcgov.org

Exhibit T

November 30, 2021

Kevin Prasad
1300 Maple Street
Redwood City, CA 94063

Notice is hereby given that your claim, which was received in the office of the Board of Supervisors on October 26, 2021, was presented to the Board of Supervisors on November 16, 2021, and rejected in its entirety by said Board.

WARNING: Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a state court action on this claim. (See Government Code Section 945.6)

You may seek the advice of an attorney of your choice in connection with this matter. If you do desire to consult an attorney, you should do so immediately.

If you have any questions, please contact San Mateo County Risk Management at (650) 363-4616.

Very truly yours,

Michael P. Callagy, County Manager/
Clerk of the Board of Supervisors

MPC:sp

cc: Rocio Kiryczun, Director, Human Resources Department
Attorney for Claimant (if any):

